
Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4806 | **DATE** | 7/12/2002 |
| **CASE TITLE** | Maurice L. Jones vs. Coca Cola Bottling Co. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Jones is ordered to file in this Court's chambers, on or before July 23, 2002, a supplement to his Application to proceed without prepayment of fees.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JUL 15 2002 | |
| | Notified counsel by telephone. | | date docketed | 6 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | 7/12/2002 date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAURICE L. JONES, )
 )
        Plaintiff, )
 )
v. ) No. 02 C 4806
 )
COCA COLA BOTTLING COMPANY, )
 )
        Defendant. )

DOCKETED
JUN 1 5 2002

## MEMORANDUM ORDER

Maurice Jones ("Jones") has submitted a Complaint of Employment Discrimination against his former employer Coca Cola Bottling Company ("Coca Cola"), using the form provided by the Clerk's Office for that purpose and charging that his firing by Coca Cola was the product of race discrimination (Jones is African American). Together with his Complaint, Jones has tendered two forms also made available by the Clerk's Office: an Application To Proceed Without Prepayment of Fees ("Application") and a Motion for Appointment of Counsel ("Motion").

Because Jones' Motion appears to be reasonably supported in terms of his inability to obtain counsel on a paying basis, this Court contemplates appointing a member of the District Court trial bar to represent him pro bono publico as and when this action is accepted for filing. But the Application reflects that even though he is unemployed, Jones collects over $22,000 yearly in unemployment compensation--and although he reports no current assets, some elaboration is needed as to why he cannot reasonably



take care of the $150 filing fee in the near future.

This Court expresses no ultimate view on that last subject. It is rather that Jones must flesh out his assertion as to his inability to pay any fee. Accordingly he is ordered to file in this Court's chambers, on or before July 23, 2002, a supplement to his Application in that respect.[1]

　　　　　　　　　　　　　　　　/s/ Milton I. Shadur
　　　　　　　　　　　　　　　　Milton I. Shadur
　　　　　　　　　　　　　　　　Senior United States District Judge

Date: July 12, 2002

---

[1] This Court is very much aware (as is Jones) of the 90-day time limitation on his filing suit after his receipt of the EEOC right-to-sue letter, which Complaint ¶8(b) says he received April 30, 2002. But if Jones complies with this memorandum order, so that he either pays the filing fee or is granted in forma pauperis status, this Court will treat the date of filing of this action as July 8, 2002 (when it was delivered to the Clerk's Office), making the action timely in any event.

2